## IN THE UNITED STATES DISTRICT COURT

### For The Eastern District Of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  13 CR 00213 LJO SKO |
| Plaintiff, | ) **ORDER MODIFYING CONDITION OF** |
| v. | ) **RELEASE (REMOVAL)** |
| BANIPAL BEDJAN, | ) |
| Defendant. | ) |

This matter has come before the Court on the defendant's motion to modify the release conditions previously ordered on June 4, 2013 .  After considering the arguments of the parties, the recommendation of Pretrial Services, and after consideration of the factors listed in 18 U.S.C. § 3142(g), the Court orders the defendant's conditions of release modified by <u>removing</u> the following condition:

**Home detention with electronic monitoring**

All other conditions shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **May 9, 2014**

_____
UNITED STATES MAGISTRATE JUDGE