BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-00213 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE HEARING DATE; FINDINGS AND ORDER |
| v. | |
| BANIPAL BEDJAN, | |
| Defendant. | |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record Michael S. Frye, and

defendant, by and through his counsel of record Peggy Sasso, hereby stipulate to continue the

hearing to addressed remaining discovery issues scheduled for May 19, 2012 to June 2, 2014. This

is a joint request that will allow counsel for the Government and the Defendant to consult and

determine whether recently provided additional discovery satisfies the Court's recent discovery

orders. Further, due to unavailability of counsel, the attorney for the defendant and the attorney for

the government are unable to meet and confer until Monday May 19, 2014, to determine whether

outstanding issues exist in light of the discovery that has been provided.

The parties agree that the proposed continuance will allow a reasonable time for review of

1

new materials and a potential resolution of remaining discovery disputes.

**IT IS SO STIPULATED.**

DATED:  May 15, 2014                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Michael S. Frye_____
                                        MICHAEL S. FRYE
                                        Assistant United States Attorney
DATED:  May 15, 2014


                                        /s/ Peggy Sasso_____
                                        Peggy Sasso
                                        Counsel for Defendant


**O R D E R**


    Based on the stipulation of counsel and for good cause, it is ORDERED that the status

hearing in this matter is continued from May 19, 2014, to **June 2, 2014, at 1:00 p.m.**  The Court

notes that time has been previously excluded through and including the December 16, 2014, trial

date.   (Doc. 19.)


IT IS SO ORDERED.

    Dated:   **May 15, 2014**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

2