HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BANIPAL BEDJAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-cr-0213 LJO-SKO |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO CONTINUE MOTIONS SCHEDULE; ORDER** |
| BANIPAL BEDJAN, | ) |
| Defendant. | ) Date: September 2, 2014<br>) Time: 8:30 a.m.<br>) Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the hearing on defendant's motion to suppress currently set for July 21, 2014, may be continued to **Tuesday, September 2, 2014 at 8:30 a.m.** before the Honorable Lawrence J. O'Neill. Additionally, it is stipulated that the motions schedule be revised so that defendant's opening brief is due July 17, 2014, the government's opposition is due August 7, 2014, and any reply is due August 18, 2014.

The government provided defense with additional discovery on May 15, 2014, and the parties currently have a hearing before Magistrate Judge Oberto on June 2, 2014 to discuss outstanding discovery issues. The continuance is requested to provide defense an opportunity to review the new discovery. Additionally, there are currently two cases pending in the Supreme Court (*Riley v. California*, Case No: 13-132, and *United States v. Wurie*, Case No. 13-212) that

may have bearing on this case. *Riley* and *Wurie* were argued before the Supreme Court on April 29, 2014; a decision is expected at the conclusion of the Court's term at the end of June 2014. The parties request time to review the Supreme Court's decisions before filing briefing in this case. The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: May 22, 2014

        BENJAMIN B. WAGNER
        United States Attorney

        */s/ Michael S. Frye*
        MICHAEL S. FRYE
        Assistant United States Attorney
        Attorney for Plaintiff

Dated: May 22, 2014

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Peggy Sasso*
        PEGGY SASSO
        Assistant Federal Defender
        Attorney for Defendant
        BANIPAL BEDJAN

**O R D E R**

IT IS SO ORDERED.

Dated: **May 22, 2014**        /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE