BENJAMIN B. WAGNER
United States Attorney
Michael S. Frye
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00213 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING DATE |
| v. | |
| BANIPAL BEDJAN, | |
| Defendant. | |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate that a continuance of the hearing date in this matter is necessary and hereby request an order continuing the hearing on the Motion to Suppress from September 29, 2014, to **November 3, 2014,** at 9:30 a.m.  Further, the parties stipulate that the date for the government to file a response shall be extended to **October 15, 2014**, and the date for the defendant to file a reply brief shall be extended to **October 27, 2014**.  This request is made to allow counsel for the government additional time to adequately address issues raised in defendant's Motion to Suppress.

Trial is set for December 16, 2014.  On the date trial was set time was excluded under the Speedy Trial Act.

1

**IT IS SO STIPULATED.**

DATED: September 11, 2014                                Respectfully submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney


                                                          /s/ Michael S. Frye
                                                         MICHAEL S. FR/YE
                                                         Assistant United States Attorney

DATED:  September 11, 2014


                                                         /s/ Peggy Sasso
                                                         PEGGY SASSO
                                                         Counsel for Defendant


**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the hearing on the Defendant's Motion to Suppress in this matter is continued from September 29, 2014, to November 3, 2014, that the government's opposition shall be filed by October 15, 2014, and that the Defendant's reply brief shall be filed by October 27, 2014.

IT IS SO ORDERED.

Dated:   **September 11, 2014**                     /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE