1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, #228906
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   BANIPAL BEDJAN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:13-cr-0213 LJO-SKO
                                     )
12            *Plaintiff,*           )
                                     )  **STIPULATION TO CONTINUE STATUS
13  vs.                              )  CONFERENCE AND VACATE
                                     )  EVIDENTIARY HEARING; ORDER**
14  BANIPAL BEDJAN,                  )
                                     )
15            *Defendant.*           )  Date:  January 5, 2015
                                     )  Time:  8:30 a.m.
16                                   )  Judge: Hon. Lawrence J. O'Neill
   _____ )
17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

19  respective attorneys of record, that the evidentiary hearing on defendant's motion to suppress

20  currently set for December 16, 2014, be vacated, and that a status conference be set for **January**

21  **5, 2015 at 8:30 a.m.**

22        On December 2, 2014, the government provided defense with a plea offer.  The parties

23  are currently engaged in good faith negotiations in an attempt to resolve this matter.  The parties

24  request this continuance to allow time for the plea discussions to move forward.  If the matter is

25  not resolved by January 5, 2015, the parties shall reschedule the evidentiary hearing at the

26  Court's convenience.  The requested continuance is with the intention of conserving time and

27  resources for both parties and the Court.

28

   Bedjan: Stipulation Continuing Hearing          -1-

1    The parties agree that the delay resulting from the continuance shall be excluded in the

2    interests of justice, including but not limited to, the need for the period of time set forth herein

3    for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

4    and (iv).

5    Dated:  December 3, 2014

6                                                             BENJAMIN B. WAGNER
                                                             United States Attorney

7

8                                                              /s/ Michael S. Frye
                                                              MICHAEL S. FRYE

9                                                             Assistant United States Attorney
                                                             Attorney for Plaintiff

10

11   Dated:  December 3, 2014

12                                                           HEATHER E. WILLIAMS
                                                             Federal Defender

13

14

15                                                           /s/ Peggy Sasso
                                                             PEGGY SASSO

16                                                           Assistant Federal Defender
                                                             Attorney for Defendant
                                                             BANIPAL BEDJAN

17

18                                    **O R D E R**

19

20

21   IT IS SO ORDERED.

22      Dated:   **December 3, 2014**              **/s/ Lawrence J. O'Neill**

23                                                           UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Bedjan: Stipulation Continuing Hearing              -2-