HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BANIPAL BEDJAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-0213 LJO-SKO |
| *Plaintiff,* | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND VACATE EVIDENTIARY HEARING; ORDER** |
| BANIPAL BEDJAN, | |
| *Defendant.* | Date:   March 16, 2015<br>Time:   8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the evidentiary hearing currently set for March 5, 2015 be vacated and the matter set for proceedings consistent with a deferred entry of judgment agreement on **March 16, 2015 at 8:30 a.m.**

The parties expect to have an executed deferred entry of judgment agreement filed on or about March 9, 2015.  The parties request this continuance to allow time for the execution of the deferred entry of judgment agreement.  The requested continuance is with the intention of conserving time and resources for both parties and the Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein

for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated:  February 25, 2015

    BENJAMIN B. WAGNER
    United States Attorney

    */s/ Michael S. Frye*
    MICHAEL S. FRYE
    Assistant United States Attorney
    Attorney for Plaintiff

Dated:  February 25, 2015

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Peggy Sasso*
    PEGGY SASSO
    Assistant Federal Defender
    Attorney for Defendant
    BANIPAL BEDJAN

**O R D E R**

IT IS SO ORDERED.

    Dated:  **February 25, 2015**    **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE