PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00213-LJO-BAM |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION OF DISMISSAL WITH PREJUDICE OF INDICTMENT, AND ORDER THEREON |
| v. | |
| BANIPAL BEDJAN | |
| Defendants. | |

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the indictment against BANIPAL BEDJAN in the interest of justice, with prejudice.

Dated: March 14, 2017                        PHILLIP A. TALBERT
                                             United States Attorney


                                      By:    /s/ VINCENZA RABENN
                                             VINCENZA RABENN
                                             Assistant United States Attorney

/ / /

/ / /

/ / /

/ / /

ORDER

IT IS ORDERED that the Indictment as to BANIPAL BEDJAN be dismissed in the interest of justice, with prejudice.

IT IS SO ORDERED.

Dated:   **March 14, 2017**              /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE